UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RG ABRAMS INSURANCE, and ROBIN GOLTSMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LAW OFFICES OF C.R. ABRAMS, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.: 2:21-CV-194-FLA (MAAx)<br><br>**DECLARATION OF ROBIN GOLTSMAN IN SUPPOR OF PLAINTIFFS' / COUNTER-DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER** |

I, Robin Goltsman, declare and state as follows:

1. I am a plaintiff in the above-captioned matter. I have personal knowledge of the facts set forth herein and would competently testify thereto if called and sworn as a witness.

2. Certain Underwriters at Lloyd's, Syndicates 623 and 2623 ("Beazley")—which manages claims under the Cyber Liability and Data Breach Response Coverage Form (the "Cyber Form") that is part of my Farmers insurance policy—is evaluating coverage under my policy's Cyber Form. I have been actively participating in Beazley's fact investigation and insurance coverage determination.

3. I have been in regular contact with Beazley since January 22, 2021, when Beazley first contacted me via email.

4. On February 26, 2021, I was interviewed by Beazley investigators. I provided the Beazley investigators with truthful and complete information to facilitate Beazley's determination of insurance coverage under my insurance

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 1 -

policy's Cyber Form.

5. To date, Beazley has not provided me with written notice of its insurance coverage determination.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 5, 2021 in California.

By: *[signature]*
Robin Goltsman