UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RG ABRAMS INSURANCE, and ROBIN GOLTSMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LAW OFFICES OF C.R. ABRAMS, et al.<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.: 2:21-CV-194-FLA (MAAx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS / COUNTER-DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to Plaintiffs / Counter-Defendants' Motion, and for good cause shown, the dates set forth in the Scheduling Order are modified as follows:

| **Previous Dates** | **Modified Dates** |
|---|---|
| Amended Pleadings: 5/3/2021 | Amended Pleadings: 11/3/2021 |
| Close of Fact Discovery: 5/3/2021 | Close of Fact Discovery: 11/3/2021 |
| Designation of Experts: 7/2/2021 | Designation of Experts: 1/3/2022 |
| Rebuttal Reports: 8/2/2021 | Rebuttal Reports: 2/2/2022 |
| Close of Expert Discovery: 9/1/2021 | Close of Expert Discovery: 3/1/2022 |

| | |
|---|---|
| Dispositive Motion: 10/8/2021 | Dispositive Motion: 4/8/2022 |
| Pretrial Conference: 2/4/2022 at 3:00 p.m. | Pretrial Conference: 8/4/2022 at 3:00 p.m. |
| Trial: 2/22/2022 at 8:00 a.m. | Trial: 8/22/2022 at 8:00 a.m. |

**IT IS FURTHER ORDERED** that Defendants shall reimburse Plaintiffs their attorneys' fees incurred in connection with their Motion in the amount of $4,295.00 [$            ].

**IT IS SO ORDERED.**

Dated: _____

UNITED STATES DISTRICT JUDGE
FERNANDO L. AENLLE-ROCHA