UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RG ABRAMS INSURANCE, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>THE LAW OFFICES OF C.R. ABRAMS, *et al.*,<br><br>                    Defendants. | Case No. 2:21-cv-00194-FLA (MAAx)<br><br>**ORDER SETTING HEARING ON ORDERS TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATION OF COURT ORDERS [DKT. 387]**<br><br>OSC Hearing Date: December 16, 2022<br>OSC Hearing Time: 1:30 p.m. |

## **RULING**

On July 11, 2022, Magistrate Judge Maria A. Audero issued an Order Granting Plaintiffs' Motion for Order to Show Cause Why Defendants Should Not Be Held in Contempt for Violation of Court Orders ("July 11, 2022 Order").  Dkt. 387. Magistrate Judge Audero certified facts and Ordered Defendants to appear before this court to show cause why: (1) Defendants/Counterclaimants Christopher R. Abrams ("Abrams"), Sarah Rinelli ("Rinelli"), Cynthia Wooten ("Wooten"), and Robin Armstrong ("Armstrong") (collectively, "Individual Defendants") should not be adjudged in contempt and sanctioned for failure to comply with the court's Order

dated December 22, 2021 (Dkt. 287); and (2) Defendants/Counterclaimants The Law Offices of C.R. Abrams, PC ("Abrams PC") and Rinelli Law Group, PC ("Rinelli LG") (collectively, "Entity Defendants") should not be adjudged in contempt and sanctioned for failure to comply with the court's Order dated January 19, 2022 (Dkt. 315).[1]

Accordingly, the court ORDERS the Individual and Entity Defendants to appear in-person for a hearing on the OSC on December 16, 2022 at 1:30 p.m. in Courtroom 6B of the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, and to show cause why the court should not find: (1) the Individual Defendants to be in contempt of the court's December 22, 2021 Order to pay monetary sanctions in connection with Plaintiffs' Motion for Motion to Compel Additional Depositions of Individual Defendants and Jack Mills ("Deposition Motion"), Dkt. 287; and (2) the Entity Defendants to be in contempt of the court's January 19, 2022 Order to pay monetary sanctions in connection with Plaintiffs' Motion to Compel Entity Defendants' Responses to Plaintiffs' Requests for Production of Documents, Dkt. 315.  *See* Dkt. 387 at 21-24.

The court accepts Plaintiffs' Motion (Dkt. 363), Defendants' Opposition (Dkt. 365), and Plaintiffs' Replies (Dkts. 364, 374) as the operative papers regarding the question of whether these Defendants should be held in contempt.  The parties may each file an additional supplemental brief, which is not to exceed 10 pages, by December 2, 2022.  These supplemental briefs should not raise any argument that was previously raised in their operative papers or attempt to reargue an issue that has already been decided by the court.  Any such argument will be disregarded without consideration or discussion.

/ / /

---

[1] Plaintiffs did not bring the subject Motion against Defendant Jack R. Mills ("Mills"), and he is excluded from the scope of this Order.  *See* Dkt. 363 at 2 n. 1.

1  This is the second time the Individual Defendants have been Ordered to Show Cause why they should not be held in contempt for failure to obey court orders. *See* Dkt. 237. The Individual Defendants were held to be in contempt of court previously for failure to pay monetary sanctions ordered by the court. Dkts. 249, 251. The court notes that these Defendants' arguments in their Opposition, Dkt. 365, largely repeat arguments previously considered and rejected by the court. *Compare* Dkt. 365 *with* Dkt. 251 at 10-15.

At the hearing, these Defendants should be prepared to discuss why the court should not issue additional compensatory fees to reflect the attorney's fees reasonably incurred by Plaintiffs in bringing the subject Motion and coercive sanctions, including a per diem fine of $100 for each day the monetary sanctions awarded remain unpaid and/or a conditional period of imprisonment until these sanctions are paid. *See* Dkt. 387 at 11-14.

IT IS SO ORDERED.

Dated: November 18, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge